UNITED STATES v. TRENT DONYA ANTWINE
Case No. *3:03-cr-123-JWS-JDR*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Reed Sirak, Law Clerk, Magistrate Judge's Office

___

**MINUTE ORDER FROM CHAMBERS**

**RE: § 2255 Motion, Briefing Schedule**

The court having reviewed the Defendant's Amended § 2255 Motion, Docket 690, and the Government's Response thereto at Docket 696, the need for further briefing is required to address whether defendant's prior conviction of first degree burglary constitutes a crime of violence, which can be used to qualify him as a career offender for purposes of sentencing. Accordingly, Defendant's **opening brief** shall be due on or before **March 1, 2013**; Government's **opposing brief** shall be due on or before **March 18, 2013**, Defendant's **reply brief**, if any, shall be due **April 1, 2013.**

**NOTE:** For the purpose of tracking the briefing as outlined above; when filing the Opening Brief, the attorney shall file the document using the event "Motion for Miscellaneous Relief" and text in the relief being sought. Responsive documents should be filed using the event "Response in Opposition to Motion," or "Reply to Response to Motion." All pleadings should be linked to Docket 690.

Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's secretary and law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\00 C R I M I N A L\00 2255's\03-cr-123-JWS-JDR ANTWINE 2255 @683\03-cr-123-JWS-JDR ANTWINE MO Re Briefing Schedule_mtd.wpd

Date: February 7, 2013              By: JAM